SCOTT H. MCNUTT (CSBN 104696)
MICHAEL A. SWEET (CSBN 184345)
MARIANNE M. DICKSON (CSBN 249737)
**MCNUTT LAW GROUP LLP**
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487
Email: smcnutt@ml-sf.com
Email: msweet@ml-sf.com
Email: mdickson@ml-sf.com
Attorneys for Kabuto Arizona Properties, LLC

DAVID WM. ENGELMAN, SBA #004193
SCOTT B. COHEN, SBA #014377
PATRICK A. CLISHAM, SBA #023154
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@engelmanberger.com
Email: sbc@engelmanberger.com
Email: pac@engelmanberger.com
Attorneys for Kabuto Arizona Properties, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KABUTO ARIZONA PROPERTIES, LLC,<br><br>EIN 26-0231294<br><br>Debtor. | Chapter 11<br><br>Case No. 2:09-bk-11282-GBN<br><br>**SUPPLEMENT TO DEBTOR'S EXPEDITED MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS APPROVING DEBTOR-IN-POSSESSION FINANCING FROM CITIGROUP GLOBAL MARKETS REALTY CORP.**<br><br>Hearing Date: November 6, 2009<br>Time: 9:15 a.m.<br>Room: 702 |

Kabuto Arizona Properties, LLC, the debtor and debtor-in-possession in the above case (the "Debtor"), hereby supplements its request for the entry of an Order approving debtor-in-possession financing of up to $3,000,000 (the "DIP Loan") from Citigroup Global Markets Realty Corp. ("Citigroup"). As stated in *"Debtor's Expedited Motion for Entry of Interim and Final Orders Approving Debtor-in-Possession Financing From Citigroup Global Markets Realty Corp."* ("Financing Motion") filed November 4, 2009 [Dkt. 276], the DIP Loan is necessary to fund expenses

{02531.002/00123673.DOC /}

relating to the preservation, maintenance and operation of the Debtor's business pending the completion of the proposed sale of substantially all of the Debtor's assets (collectively, the "Offered Assets"), including without limitation the Wigwam Golf Resort & Spa, including a non-contiguous parcel of land known as "Sunset Point" (the "Wigwam Resort") and the two 18-hole golf courses located at the Arizona Biltmore County Club (the "Biltmore Courses").

Debtor incorporates the background, facts and authority submitted in the Financing Motion as if set forth herein, and supplements the Financing Motion as follows:

In the Financing Motion, Debtor indicated that the property manager of the Wigwam Resort, Destination Hotels & Resorts ("Destination"), would create and provide a detailed spreadsheet of the items for which the DIP Loan would be utilized. Attached as <u>Exhibit A</u> hereto is the requisite detail (the "Budget").

The Budget sets forth the category of expenses that require payment pending approval of the sale of the Offered Assets. The Budget includes the reimbursement to Citigroup for payment of real property taxes and the carve-out for attorneys fees to Debtor's counsel as described in the Financing Motion. Since the filing of the Financing Motion, Destination has discovered two additional items that will require payment within the next fifteen (15) days to prevent immediate and irreparable harm to the estate. As highlighted in the Budget, Debtor must make its November, 2009 payroll in the total amount of $120,000 within the next fifteen (15) days. Additionally highlighted in the Budget is $40,000 in payments to miscellaneous vendors which must be paid for the continued operation of both the Wigwam Resort and the Biltmore Courses necessary to preserve the value of the Offered Assets as a going-concern.

Thus, the Debtor supplements the Financing Motion to request Court approval to permit an immediate advance under the First Tranche of the DIP Loan. Said funding must take place in addition to the initial $660,000 advance on the DIP Loan which will fund Debtor's payment of the following expenses: (i) a $150,000 carve-out for fees incurred and to be incurred by bankruptcy counsel to the Debtor, as necessary to ensure the consummation of the sale of the Offered Assets; (ii) reimbursement to Citigroup of its payment of property taxes in the amount of $500,927.95, that were

{02531.002/00123673.DOC /}

2

due on or before November 1, 2009; (iii) $120,000 for November 2009 payroll; and (iv) $40,000 for miscellaneous vendor expenses, for a total First Tranche distribution of $820,000.

For the foregoing reasons, the Debtor respectfully requests that the Court enter an Order approving the DIP Loan on the terms and conditions set forth in the Financing Motion as supplemented herein, and expedited approval under Fed.R.Bankr.P. 4001(c)(2) for those advances (set forth in the Financing Motion and herein) necessary to cover expenses that must be paid within the 15-day notice period.

Dated: November 5, 2009    Respectfully submitted,

McNUTT LAW GROUP LLP

By:   */s/ Scott H. McNutt*
     Scott H. McNutt
     Michael A. Sweet
     Marianne M. Dickson
Attorneys for Kabuto Arizona Properties, LLC

Dated: November 5, 2009    Respectfully submitted,

ENGELMAN BERGER, P.C.

By:   */s/ DWE, SBA #004193*
     David Wm. Engelman
     Scott B. Cohen
     Patrick A. Clisham
Attorneys for Kabuto Arizona Properties, LLC

EXHIBIT "A"

**Post Petition Financing Items**

| Item | Amount |
|---|---:|
| Real Estate Taxes | 500,822 |
| Engelman Berger | 150,000 |
| Douglas Wilson Fees | 454,937 |
| **Golf Course Working Capital** | |
| Annual expenses for over-seeding | 156,000 |
| Unrecoverable expenses for storm damage | 58,000 |
| Suncor water bill (July/August) | 44,000 |
| Suncor water bill (September/October) | 44,000 |
| Sales Tax - July/August | 39,000 |
| Sales Tax - September | 23,000 |
| Federal Withholding Tax - June/July/August | 101,800 |
| Federal Withholding Tax - September | 36,300 |
| URGENT: Payroll for November | 120,000 |
| Golf Course Working Capital | 622,100 |
| **Misc Vendors at Golf Courses** | |
| URGENT: A&G Turf | 528 |
| URGENT: AZ Machinery | 601 |
| URGENT: Dickson Agronomic Svc | 590 |
| URGENT: GE Mobile Water | 50 |
| URGENT: Horizon | 4,932 |
| URGENT: R&R Products | 5,513 |
| URGENT: S & S Tire | 261 |
| URGENT: Terminix | 327 |
| URGENT: ADT security | 149 |
| URGENT: Garda | 400 |
| URGENT: Quill | 138 |
| URGENT: Alliance | 1,070 |
| URGENT: Freshpoint | 452 |
| URGENT: Hensley | 266 |
| URGENT: US foods | 4,635 |
| URGENT: TNT Fitness | 2,155 |
| URGENT: Severe, Suzy | 1,010 |
| URGENT: Schliebe, Beth | 810 |
| URGENT: APS | 14,559 |
| URGENT: Lichtfield Park | 2,380 |
| URGENT: Total Miscellaneous Vendors | 40,825 |
| **Hotel Working Capital** | |
| Payroll for 12/4 | 250,000 |
| Payroll for 12/18 | 250,000 |
| Utility Bill | 100,000 |
| Landscaping Bill | 50,000 |
| Hotel Working Capital | 650,000 |
| Contingency/Emergency | 581,316 |
| **Total Funding** | **3,000,000** |