1  VINCENT J. MARRIOTT, III (PA SBN 41457)
   BALLARD SPAHR LLP
2  1735 Market Street, 51st Floor
   Philadelphia, Pennsylvania 19103
3  Telephone: (215) 665.8500
   Facsimile: (215) 864.8999
4  Email: marriott@ballardspahr.com

5  REBECCA J. WINTHROP (CA SBN 116386)
   BALLARD SPAHR LLP
6  2029 Century Park East, Suite 800
   Los Angeles, California 90067-2909
7  Telephone: (424) 204.4330
   Facsimile: (424) 204.4350
8  Email: winthropr@ballardspahr.com

9  Attorneys for JDM Partners, LLC

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>KABUTO ARIZONA PROPERTIES, LLC,<br><br>EIN: 26-0231294<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-11282-GBN<br><br>**STIPULATION BY AND BETWEEN THE DEBTOR, GENERAL ELECTRIC CAPITAL CORPORATION, CITIGROUP GLOBAL MARKETS REALTY CORP. AND JDM PARTNERS, LLC RE: DEBTOR'S MOTION FOR AUTHORITY TO SELL SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND CERTAIN ASSETS OF THE DEBTOR'S AFFILIATES AS A GOING CONCERN AND TO ASSUME AND ASSIGN OR REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO**<br><br>Date: December 7, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 702 |

DMWEST #7398846 v9

This Stipulation (the "Stipulation") is entered into by and between Debtor and Debtor in Possession Kabuto Arizona Properties, LLC (the "Debtor"), Creditor General Electric Capital Corporation ("General Electric"), Secured Creditor Citigroup Global Markets Realty Corp. ("Citigroup") and JDM Partners, LLC ("JDM"), by and through their respective counsel of record, with respect to the following:

## RECITALS

A. This Court has jurisdiction over this Case and this Stipulation pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for this Stipulation are 11 U.S.C. §§ 365 and 363 of the United States Bankruptcy Code (the "Bankruptcy Code").

B. On May 22, 2009 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court"). The Debtor continues to remain in possession of its property and the management of its business as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee or examiner has been appointed, and no official committee of unsecured creditors has been formed.

C. On November 4, 2009, the Debtor filed its Motion for Authority to Sell Substantially All of the Debtor's Assets and Certain Assets of the Debtor's Affiliates as a Going Concern and to Assume and Assign or Reject Certain Executory Contracts and Unexpired Leases Related Thereto (Docket No. 272) (the "Sale Motion"). Among other things, the Sale Motion seeks to sell certain real and personal property known as the Wigwam Golf Resort & Spa in Litchfield Park, Arizona, including three eighteen hole golf courses and a non-contiguous real estate parcel known as "Sunset Point," two eighteen hole golf courses located at the Arizona Biltmore Country Club in Phoenix, Arizona, and various personal property associated therewith, all as further described in the Sale Motion (together, the "Offered Assets"), to the Lender Purchaser (as defined in the Sale Motion).

DMWEST #7398846 v9

D.  Referenced in either the list of agreements to be assumed and assigned to the Lender Purchaser (Exhibit "1" to the Sale Motion), or the items of personal property included in the Offered Assets to be sold to the Lender Purchaser (Exhibit "3" to the Sale Motion), is the following Equipment: (i) six Reelmaster 5610-44.2 Horsepower Model #03690 Mowers; (ii) two Groundsmaster 580D Model #30582 Mowers; (iii) two Sand Pro 3040 w/attachments Model #08703 Sand groomers; (iv) one Buffalo Turbine Blower with attachments Model BT-CKB3 debris blower; (v) an Irrigation Pump Station, Model 1500-3VT-1-110 (UL), Crane Truck and Telephone Computer Network System and equipment related thereto (together, the "Pump Station"); and (vi) and certain other miscellaneous equipment described in various UCC-1 Financing Statements (together, the "Financing Statements") filed against the Debtor with the Arizona Secretary of State at Document No. 2005-13658172 filed May 20, 2005, Document No. 2005-13720339 filed June 30, 2005, Document No. 2005-13767629 filed August 5, 2005, and Document No. 2005-13835677 filed September 26, 2005 (collectively, and together with all accessories, accessions, replacements, additions, substitutions, add-ons and upgrades of any of the foregoing, the "Equipment").

E.  The Debtor originally obtained such Equipment from General Electric: (a) on or about August 14, 2007, when it entered into Master Lease Agreement No. 4374560 (the "Master Lease") and Schedule 003 (together and with any amendments, "Lease 003") with respect to the mowers described above, and Schedule No. 4374560-004 (together with any amendments, "Lease 004") with respect to the sand groomers and debris blower described above; (b) on or about October 10, 2007, when it entered into the Loan & Security Agreement No. 8326632001 with respect to the Pump Station (the "Pump Station Agreement"); and (c) on or about May 20, 2005, June 30, 2005, August 5, 2005 and September 26, 2005, when it entered into various other agreements that gave rise to the Financing Statements (the "Remaining Agreements").

F.  General Electric asserts that the Debtor defaulted under Lease 003 by failing to pay the monthly installment payment due on July 1, 2009, and that a total of $169,374.27 remains outstanding. General Electric also asserts that the Debtor defaulted under Lease 004 by failing to pay the monthly installment payment due on May 1, 2009, and that a total of $25,078.15 remains

3

outstanding. General Electric has filed a motion seeking an Order compelling the Debtor to immediately assume or reject Lease 003 and Lease 004 (Docket Nos. 229 and 230. The Debtor, JDM and Citigroup dispute General Electric's assertion that all such agreements must be assumed and assigned for the Debtor to retain the Equipment, and instead assert that certain of the Equipment was purchased by the Debtor pursuant to a financing lease rather than a true lease. ). Additionally, General Electric asserts that the Debtor is in default of the Pump Station Agreement and that $84,486.85 remains outstanding under the Pump Station Agreement, and filed a motion seeking to lift the automatic stay. The Debtor, JDM and Citigroup dispute such claims.

G.  After the filing of the Sale Motion, General Electric filed its Objection to Motion to Approve Sale of Assets Free and Clear of Liens and Assumption and Assignment of Leases (Docket No. 330) (the "General Electric Objection"). General Electric, the Debtor, Citigroup and JDM wish to resolve all objections that were or could have been raised in the General Electric Objection, and all other disputes between the parties arising in connection with or otherwise related to Lease 003, Lease 004, the Master Lease, the Pump Station Agreement, the Remaining Agreements or the Equipment as set forth below.

## **AGREEMENT**

NOW, THEREFORE, based on the foregoing and for good and adequate consideration, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Each of the Recitals set forth above is incorporated into this Agreement as if they were set forth in full herein and without any difference or distinction between the two segments of this Stipulation. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

2. The effectiveness of this Stipulation is subject to the Court (a) approving the sale of the Offered Assets to the Lender Purchaser pursuant to the terms and conditions of the Sale Motion, and (b) entering an Order Granting Debtor's Motion for Authority to Sell Substantially All of the Debtor's Assets and Certain Assets of the Debtor's Affiliates as a Going Concern and to Assume and Assign or Reject Certain Executory Contracts and Unexpired Leases Related Thereto

4

in the form and as required by the Sale Motion, which Order shall be in favor of the Lender Purchaser and final and not otherwise subject to an appeal (the "Sale Order").

3. Subject to the terms hereof, General Electric hereby withdraws and waives any and all objections it may have to the Sale Motion or the relief requested therein, including without limitation, any and all objections that were or could have been asserted in the General Electric Objection, with respect to the Debtor, the Lender Purchaser, and any other Winning Bidder that agrees to purchase the Equipment pursuant to the same terms and conditions as this Stipulation. To the extent that the Winning Bidder elects not to purchase the Equipment pursuant to the same terms and conditions as this Stipulation, then the Winning Bidder shall follow the terms of the Order approving the Procedures Motion dated November 6, 2009.

4. Upon the closing of the Sale to the Lender Purchaser or any other Winning Bidder that agrees to purchase the Equipment pursuant to the same terms and conditions as this Stipulation (the "Closing"), (a) each item of Equipment shall be assigned, transferred, sold or otherwise conveyed to the Lender Purchaser or such Winning Bidder (complete with any manufacturer or supplier warranties that may be associated therewith) free and clear of all Interests, (b) General Electric shall receive a cash payment in the amount of $120,000.00 (the "Cash Payment"), and (c) the Lender Purchaser, JDM, Citigroup, or such Winning Bidder and the Debtor shall have no obligations whatsoever to General Electric or any other person or entity under or in connection with the Master Lease, Lease 003, Lease 004, the Pump Station Agreement, the Remaining Agreements or the Equipment. Effective immediately upon the delivery of the Cash Payment to General Electric, and in addition to the other rights and protections afforded the Lender Purchaser or such Winning Bidder by the Sale Order, General Electric shall be barred, estopped and permanently enjoined from asserting any claim against the Lender Purchaser, JDM, Citigroup, such Winning Bidder and the Debtor for any monetary obligations, claims or demands of any kind or nature, including, without limitation, for any monetary arrearages, lease payments, lease charges, administrative fees, attorneys' fees or costs, taxes, claims for indemnity or any other amounts or claims purportedly owed or owing under the Master Lease, Lease 003, Lease 004, the Pump Station Agreement, the Remaining Agreements or

otherwise with respect to the Equipment, and all of General Electric's Interests or Claims in or to any of the Equipment shall be unconditionally released, discharged and terminated. Notwithstanding the foregoing, however, General Electric reserves its right to receive a distribution as an unsecured creditor for the deficiency amount from the Debtor's estate on account of its Proof of Claim filed with the Clerk of the Bankruptcy Court in the Debtor's case.

5. General Electric (a) shall execute and deliver to the Lender Purchaser or such Winning Bidder at the Closing a bill of sale conveying to the Lender Purchaser any title it may have in the Equipment, and (b) upon the Closing, hereby authorizes the Lender Purchaser or such Winning Bidder to file UCC-3 Financing Statements terminating any security interest General Electric may have in the Equipment, each in substantially the form attached hereto as Exhibit "A".

6. This Stipulation may be executed by electronic signature in any number of counterparts and by different parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together shall constitute but one and the same agreement.

DMWEST #7398846 v9

| | | |
|---|---|---|
| DATED: December 2, 2009 | | Respectfully Submitted, |
| | | BALLARD SPAHR LLP |
| | | By: /s/ Rebecca J. Winthrop |
| | | Rebecca J. Winthrop |
| | | Attorneys for Secured Creditor JDM Partners, LLC |
| DATED: December 2, 2009 | | SHERMAN & HOWARD, L.L.C. |
| | | By: /s/ Dewain D. Fox |
| | | Dewain D. Fox |
| | | Attorneys for Secured Creditor Citigroup Global Markets Realty Corp. |
| DATED: December 2, 2009 | | ENGELMAN BERGER, P.C. |
| | | By: /s/ David WM. Engelman |
| | | David WM. Engelman |
| | | Attorneys for Debtor and Debtor in Possession Kabuto Arizona Properties, LLC |
| DATED: December 2, 2009 | | LAW OFFICE OF BARBARA MARONEY, P.C. |
| | | By: /s/ Barbara Maroney |
| | | Barbara Maroney |
| | | Attorney for General Electric Capital Corporation |

DMWEST #7398846 v9

# CERTIFICATE OF SERVICE

I, Lisa Kwon, a legal assistant with the law firm of Ballard Spahr LLP, Attorneys for JDM Partners, LLC, hereby certify that on this 3rd day of December, 2009, I mailed or emailed a copy of **STIPULATION BY AND BETWEEN THE DEBTOR, GENERAL ELECTRIC CAPITAL CORPORATION, CITIGROUP GLOBAL MARKETS REALTY CORP. AND JDM PARTNERS, LLC RE: DEBTOR'S MOTION FOR AUTHORITY TO SELL SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND CERTAIN ASSETS OF THE DEBTOR'S AFFILIATES AS A GOING CONCERN AND TO ASSUME AND ASSIGN OR REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO** to the parties listed below:

Elizabeth C. Amorosi
Patty Chan
Assistant United States Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ 85003
Elizabeth.C.Amorosi@usdoj.gov
patty.chan@usdoj.gov

Bernard R. Suter
Keesal, Young & Logan
450 Pacific Ave.
San Francisco, CA 94133
ben.suter@kyl.com

David Wm. Engelman
Patrick A. Clisham
Engelman Berger, P.C.
3636 N. Central Avenue, Ste. 700
Phoenix, AZ 85012
dwe@engelmanberger.com
pac@engelmanberger.com

Barbara B. Maroney
Law Office of Barbara Maroney, P.C.
15433 N. Tatum Blvd., Ste. 106
Phoenix, AZ 85032
bbm@maroneylawfirm.com

Alan M. Levinsky
Buchalter Nemer
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254
alevinsky@buchalter.com

Donald F. Ennis
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
dfennis@swlaw.com

Robert J. Miller
Kyle Hirsch
Bryan Cave
Two N. Central, Ste. 2200
Phoenix, AZ 85004
rjmiller@bryancave.com
kyle.hirsch@bryancave.com

Scott H. McNutt
Michael A. Sweet
Marianne Dickson
McNutt Law Group LLP
188 The Embarcadero, Ste. 800
San Francisco, CA 94105
smcnutt@ml-sf.com
msweet@ml-sf.com
mdickson@ml-sf.com

Ronald M. Horwitz
Janessa E. Koenig
Jaburg & Wilk PC
3200 N. Central Ave., Ste. 2000
Phoenix, AZ 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com

Christopher C. Simpson
Stinson Morrison Hecker LLP
1850 N Central Ave., #2100
Phoenix, AZ 85004
csimpson@stinson.com

Dewain D. Fox
David Weatherwax
Sherman & Howard, LLC
2800 North Central Avenue, Ste. 1100
Phoenix, AZ 85004-1043
dfox@shermanhoward.com
dweatherwax@shermanhoward.com

Joel F. Newell
Carmichael & Powell, P.C.
7301 N. 16th Street
Phoenix, AZ 85020
j.newell@cplawfirm.com

Robert J. Spurlock
Bonnett Fairbourn Friedman & Balint
2901 N. Central Ave., Ste. 1000
Phoenix, AZ 85012
bspurlock@bffb.com

Joseph E. Cotterman
Janel M. Glynn
Gallagher & Kennedy PA
2575 E. Camelback Rd.
Phoenix, AZ 85016
jec@gknet.com
janel.glynn@gknet.com

Rebecca J. Winthrop
Ballard Spahr LLP
2029 Century Park East, Ste. 800
Los Angeles, CA 90067
withropr@BallardSpahr.com

| | | |
|---|---|---|
| Kevin J. Blakley<br>Gammage & Burnham PLC<br>Two N. Central Ave., 18th Fl.<br>Phoenix, AZ  85004<br>kblakley@gblaw.com | Barbara Lee Caldwell<br>Aiken Schenk Hawkins & Ricciardi PC<br>4742 N. 24th St., Ste. 100<br>Phoenix, AZ  85016-4859<br>blc@ashrlaw.com | Dale C. Schian<br>Schian Walker PLC<br>3550 N. Central Ave., Ste. 1700<br>Phoenix, AZ  85012-2115<br>ecfdocket@swazlaw.com |
| Daniel L. Hulsizer<br>Carson Messenger Elliott Laughlin Ragan<br>3300 N. Central Ave., Ste. 1900<br>Phoenix, AZ  85012<br>dhulsizer@carsonlawfirm.com | Denise H. Field<br>Craig C. Chiang<br>Buchalter Nemer<br>333 Market Street, 25th Fl.<br>San Francisco, CA  94105-2126<br>dfield@buchalter.com<br>cchiang@buchalter.com | Nancy K. Swift<br>Buchalter Nemer<br>16435 N. Scottsdale Rd., Ste. 440<br>Scottsdale, AZ  85254<br>nswift@buchalter.com |
| American Hotel Register<br>16458 Collections Center Dr.<br>Chicago, IL  60693 | PSAV Presentation Services<br>23918 Network Place<br>Chicago, IL  60673 | Edward Don and Company<br>2500 S. Harlem Ave.<br>Riverside, IL  60546-1473 |
| US Foods Service<br>2838 Collections Str. Dr.<br>Chicago, IL  60693 | Seiler and Company<br>Three Lagoon Dr. Ste. 4<br>Redwood City, CA  94065 | Kwock Marketing Group<br>7366 Wolfrun Trail<br>Fairview Heights, IL  62208 |
| West Valley National Bank<br>12725 W. Indian School Rd., C-108<br>Avondale, AZ  85392-9520 | Hotel Cleaning Services, Inc.<br>9609 N. 22nd Ave.<br>Phoenix, AZ  85021 | All Aboard America<br>230 S. Country Club Dr.<br>Mesa, AZ  85210 |
| Arizona Department of Revenue<br>PO Box 29010<br>Phoenix, AZ  85038 | Jim McLean Golf School<br>4400 N. West 87th Ave.<br>Miami, FL  33178 | Internal Revenue Service<br>United States Treasury<br>Ogden, UT  84201-0039 |
| Internal Revenue Service<br>Department of The Treasury<br>Fresno, CA  93888 | K and M Food Service, Inc.<br>2443 E. 27th St.<br>Los Angeles, CA  90058 | GE Capital Corporation<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA  52404 |
| Starwood Hotels and Resorts<br>1111 Westchester Ave.<br>Attn.: General Counsel<br>West Harrison, NY  10604 | Rural Metro Fire Dept.<br>P.O. Box 8884<br>Scottsdale, AZ  85252-8884 | ProLink Solutions<br>410 S Benson Lane<br>Chandler, AZ  85224 |
| New Cardinals Stadium<br>P.O. Box 888<br>Phoenix, AZ  85001-0888 | Copperstate Business Systems<br>7725 E. Evans Road<br>Scottsdale, AZ  85260 | Hilden America, Inc.<br>12201 Gayton Rd., Ste. 230<br>Richmond, VA  23238 |

| | | |
|---|---|---|
| Squires Sanders Dempsey<br>Two Renaissance Square<br>40 N. Central Ave., Ste. 2700<br>Phoenix, AZ  85004 | Toshiba Financial Services<br>PO Box 3100-0271<br>Pasadena, CA  91110 | Select Security Systems Inc<br>11027 North 24th Ave, Ste 701<br>Phoenix, AZ  85029-4775 |
| FreshPoint Arizona<br>5420 South Valley View Blvd.<br>Las Vegas, NV  89118 | GE Capital Corporation<br>1961 Hirst Dr<br>Moberly, MO  65270 | Native Destinations, Inc<br>16 Buster Ridge<br>Santa Fe, NM  87505 |
| Acushnet Company<br>Titleist & Footjoy<br>Attn:  Credit Dept<br>P.O. Box 965<br>Fairhaven, MA  02719 | National City Golf Finance<br>995 Dalton Ave<br>Cincinnati, OH  45203 | Ahead, Inc.<br>270 Samuel Barnet Blvd.<br>New Bedford, MA  02745 |
| Shamrock Foods Co.<br>Arizona Foods Division<br>P.O. Box 52438<br>Phoenix, AZ  85072 | Arizona Air-Scent Inc<br>P.O. Box 26327<br>Scottsdale, AZ  85255 | Arizona Hors D'oeuvres<br>1225 N. Stadem Drive<br>Tempe, AZ  85281 |
| Lodgenet Entertainment Corp.<br>P.O. Box 952141<br>Saint Louis, MO  63195-2141 | Adrian Goetz<br>2475 N. Elston<br>Chicago, IL  60647 | Gateway Tire And Wheel<br>P.O. Box 220<br>Litchfield, IL 62056 |
| Phoenix City Treasurer<br>Sales Tax 01003772<br>P.O. Box 29690<br>Phoenix, AZ  85038-9690 | Simpson Norton Corporation<br>4144 S. Bullard Ave.<br>Goodyear, AZ  85338 | Sterling Food Service<br>920 Grand Avenue<br>Phoenix, AZ  85007 |
| John Deere Credit<br>8402 Excelsior Dr<br>Madison, WI  53717-1923 | Migrations Travel & Cruise Centre<br>Attn:  Helga Omstead<br>17220 A. Hwy 50<br>Palgrave Ontario  L7E 0L1<br>Canada | Maximum Title Loans<br>2701 W. Northern Ave., #102<br>Phoenix, AZ  85051 |
| Textron Financial Corporation<br>40 Westminster St<br>Providence, RI  02903 | Venezia Italian Bakery<br>207 E. Siesta Lane<br>Tempe, AZ  85281 | Navika USA, Inc.<br>6 Journey, Ste 375<br>Aliso Viejo, CA  92656 |
| Curren and Associates<br>Attn: John R. Curren, Jr.<br>15 Old Fawn Hill<br>Monroe, CT  06468 | Tolleson Steel<br>P.O. Box 1338<br>Tolleson, AZ  85353 | Cactus Refreshment Services<br>2328 E. Van Buren St., Ste. 122<br>Phoenix, AZ  85006 |

| | | |
|---|---|---|
| Certus Claims Administration LLC<br>771 E. Daily Dr., Ste. 200<br>Camarillo, CA  93010 | SportsTurf Irrigation<br>1019 S. Melrose St., #A<br>Placentia, CA  92870 | Elizabeth Arden Salons Inc<br>Attn: Tad J. Kossak<br>3822 East University Dr, Ste. 5<br>Phoenix, AZ  85034 |
| George Glove Company, Inc.<br>301 Greenwood Ave.<br>Midland Park, NJ  07432 | Environmental Earthscapes Inc.<br>dba The Groundskeeper, Inc.<br>P O Box 43820<br>Tucson, AZ  85733 | Summit Performance Group<br>12396 World Trade Dr.<br>Suite 109<br>San Diego, CA  92128 |
| Prevent Fire and Life Safety<br>c/o Lori Beth Bykerk<br>4546 W. Beryl Avenue<br>Glendale, AZ  85302 | S.L. Henry Service<br>Attn: Steven L. Henry<br>8112 N. 75th Ave<br>Peoria, AZ  85345 | Wilbur-Ellis Company<br>c/o Joe Crum<br>Tower of the Hills<br>13809 N. Hwy 183, Ste. 785<br>Austin, TX  78750 |
| Laura Danysch, Legal Department<br>Hilton Hotels Corporation<br>7930 Jones Branch Dr.<br>McLean, VA  22102-3388 | Mgr Consulting Group<br>14038 S. 35th Circle<br>Phoenix, AZ  85044 | Frank Bono Metal Designs<br>Attn: Frank Bono<br>P.O. Box 11282<br>Glendale, AZ  85318 |
| City Sea Foods<br>531 Towne Ave.<br>Los Angeles, CA  90013-2126 | R & G Vent Cleaning Services<br>c/o Dennis Poulin<br>563 E. Juanita Ave.<br>Mesa, AZ  85204 | Alpha Travel<br>4983 Delhi Rd., Ste 7<br>Cincinnati, OH  45238 |
| Nationwide Gourmets Of Az<br>8399 W. Van Buren<br>Building 2 Ste. 207<br>Tolleson, AZ  85353 | Arizona Corporate Coach<br>P.O. Box 28665<br>Scottsdale, AZ  85255 | Spring Hill Press, LLC<br>16300 Lawrence 2130<br>MT. Vernon, MO  65712 |
| P. Leese, Ltd<br>9034 Cascade Ave<br>PO Box 217<br>Beulah, CO 81023 | Razmataz Entertainment<br>Attn:  Valerie Linker<br>19351 West Ashley Drive<br>Buckeye, AZ  85326 | ASAP Door Repair & Service<br>P.O. Box 11422<br>Glendale, AZ  85318-1422 |
| One Stop Restaurant Linens<br>Gricel Funabashi<br>16441 N. 68th Place<br>Scottsdale, AZ  85254 | Sterling Factors Corp.<br>Attn:  Greg Keramis<br>500 Seventh Avenue<br>New York, NY  10018 | Helms Briscoe<br>20875 N. 90th Place<br>Scottsdale, AZ  85255 |
| Arizona Sun Products, Inc.<br>14806 N. 74th Street<br>Scottsdale, AZ  85260 | Conney Safety Products<br>Attn:  Ingrid Weber<br>P.O. Box 44190<br>Madison, WI  53744-4575 | Hoffmann-LaRoche Inc.<br>Attn: J. Kraker<br>340 Kingsland St.<br>Nutly, NJ  07110-1150 |

| | | |
|---|---|---|
| Secureline<br>P.O. Box 514<br>Yucca Valley, CA 92286 | C and C Auto Parts<br>Attn: Mike Thomas<br>4601 N. 7th Ave.<br>Phoenix, AZ 85013-2702 | Chuck Emmert Productions<br>621 N. La Loma Ave<br>Litchfield Park, AZ 85340 |
| Canyon Paint and Supply<br>13825 N. 32nd St, Ste. 42<br>Phoenix, AZ 85032 | Tri-C Club Supply, Inc.<br>32615 Park Lane Ave<br>Garden City, MI 48135 | Design Ink<br>50 West 3900 South, #100<br>Salt Lake City, UT 84107 |
| Arizona Heater Rental<br>dba Tony Dixon<br>814 E. Todd Dr.<br>Tempe, AZ 85283 | Wigwam Country Club<br>Attn: Robert Slagle, President<br>520 Estero Lane<br>Litchfield Park, AZ 85340 | Action Communications Inc.<br>Attn: Kaye Shelton<br>2816 N. Stone Ave.<br>Tucson, AZ 85705 |
| Seiler LLP<br>220 Montgomery St., Ste. 300<br>San Francisco, CA 94104 | Pioneer Landscaping Materials<br>Attn: Billie J. Barnes<br>PMB 360<br>745 N. Gilbert Rd., #124<br>Gilbert, AZ 85234 | Desert Oasis Floral<br>Attn: Cynthia Cannon<br>13220 W. Van Buren, Ste. 108<br>Goodyear, AZ 85338 |
| Flowers With Flair<br>Attn: Sherrie Husband<br>16612 N 151st Lane<br>Surprise, AZ 85374 | | |

Dated: December 3, 2009                                   By: /s/ Lisa Kwon
                                                                          Lisa Kwon