Scott H. McNutt (CSBN 104696)
Michael A. Sweet (CSBN 184345)
Marianne M. Dickson (CSBN 249737)
**McNutt Law Group LLP**
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487
Email: smcnutt@ml-sf.com
Email: msweet@ml-sf.com
Email: mdickson@ml-sf.com

Attorneys for Kabuto Arizona Properties, LLC

David Wm. Engelman, SBA #004193
Scott B. Cohen, SBA #014377
Patrick A. Clisham, SBA #023154
**Engelman Berger, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@engelmanberger.com
Email: sbc@engelmanberger.com
Email: pac@engelmanberger.com

Attorneys for Kabuto Arizona Properties, LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KABUTO ARIZONA PROPERTIES, LLC,<br><br>EIN 26-0231294<br><br>Debtor. | Chapter 11<br><br>Case No. 2:09-bk-11282-GBN<br><br>**NOTICE OF CLOSING OF SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS** |

**NOTICE IS HEREBY GIVEN** that on or about December 16, 2009, Kabuto Arizona Properties, LLC (the "Debtor") closed on the sale of substantially all of its operating assets to Wigwam Joint Venture, L.P. and JDM Golf LLC (collectively, the "Purchasers") pursuant to this Court's *Order Granting Debtor's Motion For Authority To Sell Substantially All Of The Debtor's Assets And Certain Assets Of The Debtor's Affiliates As A Going Concern And To Assume And Assign Or Reject Certain Executory Contracts And Unexpired Leases Related Thereto* (the "Sale Order") [Dkt. 365].

In connection therewith, the Debtor assumed and assigned the Designated Agreements (as defined in the Sale Order) to the Purchasers pursuant to the terms of the Sale Order.

Dated: January 8, 2010

Respectfully submitted,

McNUTT LAW GROUP LLP

By:   */s/ Scott H. McNutt*
      Scott H. McNutt
      Michael A. Sweet
      Marianne M. Dickson
Attorneys for Kabuto Arizona Properties, LLC

Dated: January 8, 2010

Respectfully submitted,

ENGELMAN BERGER, P.C.

By:   */s/ DWE, SBA #004193*
      David Wm. Engelman
      Scott B. Cohen
      Patrick A. Clisham
Attorneys for Kabuto Arizona Properties, LLC

COPY of the foregoing served via electronic notice to ECF registrants having filed appearances in this case on this 8th day of January, 2010.

By   */s/ Cynthia L. Worne*
    Engelman Berger, P.C.